UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 13-40134-LMI |
| | Chapter 7 |
| ISAAC KODSI, | |
|     Debtor.         / | |
| BARRY E. MUKAMAL, CHAPTER 7 TRUSTEE FOR THE ESTATE OF ISAAC KODSI, | Adv. Proc. No. 14-01763-LMI |
|     Plaintiff, | |
| vs. | |
| ARK CAPITAL GROUP, LLC, AMY KODSI, AND NANCY KODSI, | |
|     Defendant.       / | |

## NANCY KODSI'S ANSWER

Defendant, Nancy Kodsi ("Defendant"), by and through undersigned counsel, files her Answer as follows:

1. The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 1 of the Complaint.

2. The Defendant admits that the Debtor was an attorney licensed by the Florida Bar since 1995, however, is without knowledge or information sufficient to form a belief as to the remaining allegations contained in paragraph 2 of the Complaint.

3. The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 3 of the Complaint.

4. The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 4 of the Complaint.

1

5. The Defendant admits the allegations contained in paragraph 5 of the Complaint.

6. The Defendant admits the allegations contained in paragraph 6 of the Complaint.

7. The Defendant admits the allegations contained in paragraph 7 of the Complaint.

8. The Defendant admits the allegations contained in paragraph 8 of the Complaint.

9. The Defendant admits the allegations contained in paragraph 9 of the Complaint.

10. The Defendant admits the allegations contained in paragraph 10 of the Complaint.

11. The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 11 of the Complaint.

12. The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 12 of the Complaint.

13. The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 13 of the Complaint.

14. The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 14 of the Complaint.

15. The Defendant admits the allegations contained in paragraph 15 of the Complaint.

16. The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 16 of the Complaint.

17. The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 17 of the Complaint.

18. The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 18 of the Complaint.

19. The Defendant admits the allegations contained in paragraph 19.

20. The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 20 of the Complaint.

21. The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 21 of the Complaint.

22. The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 22 of the Complaint.

23. The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 23 of the Complaint.

24. The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 24 of the Complaint.

25. The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 25 of the Complaint.

26. The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 26 of the Complaint.

27. The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 27 of the Complaint.

28. The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 28 of the Complaint.

29. The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 29 of the Complaint.

30. The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 30 of the Complaint.

31. The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 31 of the Complaint.

32. The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 32 of the Complaint.

33. The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 33 of the Complaint.

34. The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 34 of the Complaint.

35. The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 35 of the Complaint.

36. The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 36 of the Complaint.

37. The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 37 of the Complaint.

38. The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 38 of the Complaint.

39. The Defendant admits the allegations contained in paragraph 39 of the Complaint.

40. The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 40 of the Complaint.

41. The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 41 of the Complaint.

42. The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 42 of the Complaint.

43. The Defendant admits the allegations contained in paragraph 43 of the Complaint.

44. The Defendant admits the allegations contained in paragraph 44 of the Complaint.

45. The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 45 of the Complaint.

46. The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 46 of the Complaint.

47. The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 47 of the Complaint.

48. The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 48 of the Complaint.

49. The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 49 of the Complaint.

50. The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 50 of the Complaint.

51. The Defendant denies the allegations contained in paragraph 51 and demands strict proof thereof.

52. The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 52 of the Complaint.

53. The Defendant denies the allegations contained in paragraph 53 and demands strict proof thereof.

54. The Defendant admits the allegations contained in paragraph 54 of the Complaint.

55. The Defendant denies the allegations contained in paragraph 55 and demands strict proof thereof.

56. The Defendant denies the allegations contained in paragraph 56 and demands strict proof thereof.

57. The Defendant admits the allegations contained in paragraph 57 of the Complaint.

58. The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 58 of the Complaint.

59. The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 59 of the Complaint.

60. The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 60 of the Complaint.

61. The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 61 of the Complaint.

62. The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 62 of the Complaint.

63. The allegation contained in paragraph 63 of the Complaint are not addressed to the Defendant and therefore do not require a response.

64. The allegation contained in paragraph 64 of the Complaint are not addressed to the Defendant and therefore do not require a response.

65. The allegation contained in paragraph 65 of the Complaint are not addressed to the Defendant and therefore do not require a response.

66. The allegation contained in paragraph 66 of the Complaint are not addressed to the Defendant and therefore do not require a response.

67. The allegation contained in paragraph 67 of the Complaint are not addressed to the Defendant and therefore do not require a response.

68. The allegation contained in paragraph 68 of the Complaint are not addressed to the Defendant and therefore do not require a response.

69. The allegation contained in paragraph 69 of the Complaint are not addressed to the Defendant and therefore do not require a response.

70. The allegation contained in paragraph 70 of the Complaint are not addressed to the Defendant and therefore do not require a response.

71. The allegation contained in paragraph 71 of the Complaint are not addressed to the Defendant and therefore do not require a response.

72. The allegation contained in paragraph 72 of the Complaint are not addressed to the Defendant and therefore do not require a response.

73. The allegation contained in paragraph 73 of the Complaint are not addressed to the Defendant and therefore do not require a response.

74. The allegation contained in paragraph 74 of the Complaint are not addressed to the Defendant and therefore do not require a response.

75. The allegation contained in paragraph 75 of the Complaint are not addressed to the Defendant and therefore do not require a response.

76. The allegation contained in paragraph 76 of the Complaint are not addressed to the Defendant and therefore do not require a response.

77. The allegation contained in paragraph 77 of the Complaint are not addressed to the Defendant and therefore do not require a response.

78. The allegation contained in paragraph 78 of the Complaint are not addressed to the Defendant and therefore do not require a response

79. The Defendant admits the allegations contained in paragraph 79 of the Complaint.

80. The Defendant admits that she did not have any documents in her possession, custody or control responsive to the duces tecum, and denies the remaining allegations contained in paragraph 80 of the Complaint.

81. The Defendant admits the allegations contained in paragraph 81 of the Complaint.

82. The Defendant denies the allegations contained in paragraph 82 and demands strict proof thereof.

83. The Defendant admits the allegations contained in paragraph 83 of the Complaint.

84. The Defendant denies the allegations contained in paragraph 84 and demands strict proof thereof.

85. The Defendant admits the allegations contained in paragraph 85 of the Complaint.

86. The Defendant denies the allegations contained in paragraph 86 and demands strict proof thereof.

87. The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 87 of the Complaint

88. The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 88 of the Complaint.

89. The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 89 of the Complaint.

90. The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 90 of the Complaint.

91. The Defendant denies the allegations contained in paragraph 91 and demands strict proof thereof.

92. The Defendant admits the allegations contained in paragraph 92 of the Complaint.

93. The Defendant denies the allegations contained in paragraph 93 and demands strict proof thereof.

94. The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 94 of the Complaint.

95. The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 95 of the Complaint.

### Count I - Declaratory Judgment Pursuant to 28 U.S.C. §222.01

96. The Defendant realleges and reincorporates his responses to the allegations contained in paragraphs 1 through 95 as if fully set forth herein.

97. The Defendant denies the allegations contained in paragraph 97 and demands strict proof thereof.

98. The Defendant denies the allegations contained in paragraph 98 and demands strict proof thereof.

99. The Defendant denies the allegations contained in paragraph 99 and demands strict proof thereof.

100. The Defendant denies the allegations contained in paragraph 100 and demands strict proof thereof.

101. The Defendant denies the allegations contained in paragraph 101 and demands strict proof thereof.

102. The Defendant admits the allegations contained in paragraph 102 of the Complaint.

103. The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 103 of the Complaint.

104. The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 104 of the Complaint.

105. The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 105 of the Complaint.

106. The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 106 of the Complaint.

107. The Defendant denies the allegations contained in paragraph 107 and demands strict proof thereof.

### Count II - Alter Ego

108. The Defendant realleges and reincorporates his responses to the allegations contained in paragraphs 1 through 95 as if fully set forth herein.

109. The Defendant adopts and incorporates Ark Capital Group, LLC's Motion to Dismiss this Count.

### Count III - Turnover Pursuant to 11 U.S.C. §548

110. The Defendant realleges and reincorporates his responses to the allegations contained in paragraphs 1 through 95 as if fully set forth herein.

111. The Defendant adopts and incorporates Ark Capital Group, LLC's Motion to Dismiss this Count.

### Count IV - Constructive Trust

112. The Defendant realleges and reincorporates his responses to the allegations contained in paragraphs 1 through 95 as if fully set forth herein.

113. The Defendant admits that she and Sister are 100% owners of Ark Capital and denies the remaining allegations of paragraph 127, to the extent that it implies any wrongful or fraudulent conduct.

114. The Defendant denies the allegations contained in paragraph 128 and demands strict proof thereof.

115. The Defendant denies the allegations contained in paragraph 129 and demands strict proof thereof.

116. The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 130 of the Complaint.

117. The Defendant denies the allegations contained in paragraph 131 and demands strict proof thereof.

### Count V - Injunction and Other Equitable Relief

118. The Defendant realleges and reincorporates his responses to the allegations contained in paragraphs 1 through 95 as if fully set forth herein.

119. The Defendant adopts and incorporates Ark Capital Group, LLC's Motion to Dismiss this Count.

### Count VI – Civil Conspiracy to Commit Fraud

120. The Defendant realleges and reincorporates his responses to the allegations contained in paragraphs 1 through 95 as if fully set forth herein.

121. Count VI is not directed to the Defendant and therefore requires no response.

### Count VII – Substantive Consolidation

122. Count VII is not directed to the Defendant and accordingly no response is required. To the extent a response is required, the Defendant denies the allegations contained in paragraphs 148 - 154 and demands strict proof thereof.

### Count VIII – Unjust Enrichment

123. The Defendant realleges and reincorporates her responses to the allegations contained in paragraphs 1 through 95 as if fully set forth herein.

124. The Defendant denies the allegations contained in paragraph 156 and demands strict proof thereof.

125. The Defendant denies the allegations contained in paragraph 157 and demands strict proof thereof.

126. The Defendant denies the allegations contained in paragraph 158 and demands strict proof thereof.

### Count IX – Fraudulent Transfer

127. The Defendant realleges and reincorporates her responses to the allegations contained in paragraphs 1 through 95 as if fully set forth herein.

128. Count IX is not directed to the Defendant and therefore requires no response.

### Count X – Fraudulent Transfer

129. The Defendant realleges and reincorporates his responses to the allegations contained in paragraphs 1 through 95 as if fully set forth herein.

130. Count X is not directed to the Defendant and therefore requires no response.

### Count XI – Fraudulent Transfer

131. The Defendant realleges and reincorporates his responses to the allegations contained in paragraphs 1 through 95 as if fully set forth herein.

132. Count XI is not directed to the Defendant and therefore requires no response.

### Count XII – Fraudulent Transfer

133. The Defendant realleges and reincorporates her responses to the allegations contained in paragraphs 1 through 95 as if fully set forth herein.

134. Count XII is not directed to the Defendant and therefore requires no response

### Count XIII – Fraudulent Transfer

135. The Defendant realleges and reincorporates her responses to the allegations contained in paragraphs 1 through 95 as if fully set forth herein.

136. Count XIII is not directed to the Defendant and therefore requires no response.

### Count XIV – Fraudulent Transfer

137. The Defendant realleges and reincorporates his responses to the allegations contained in paragraphs 1 through 95 as if fully set forth herein.

138. Count XIV is not directed to the Defendant and therefore requires no response.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent by U.S. Mail and/or Electronic Court Filing to all parties listed below on this 17th day of November, 2014.

I FURTHER CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualification to

practice in the Court set forth in Local Rule 2090-1(A).

        FURR AND COHEN, P.A.
        Attorneys for Defendant
        One Boca Place, Suite 337W
        2255 Glades Road
        Boca Raton, Florida  33431
        Phone: (561) 395-0500
        Fax: (561) 338-7532

        By /s/Marc P. Barmat
          Marc P. Barmat
          Florida Bar No. 0022365
          E-mail: mbarmat@furrcohen..com

SENT VIA ECF AND/OR U.S. MAIL:

- Daniel N Gonzalez   dgonzalez@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com

SENT VIA EMAIL ONLY:

Nancy Kodsi