UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                    Case No. 13-40134-LMI
                                                          Chapter 7
ISAAC KODSI,

_____Debtor._____/
BARRY E. MUKAMAL, CHAPTER 7                               Adv. Proc. No. 14-01763-LMI
TRUSTEE FOR THE ESTATE OF ISAAC
KODSI,

       Plaintiff,

vs.

ARK CAPITAL GROUP, LLC, AMY KODSI,
AND NANCY KODSI,

_____Defendant._____/

## AMY KODSI'S ANSWER AND AFFIRMATIVE DEFENSES

       Defendant, Amy Kodsi ("Defendant"), by and through undersigned counsel, files her Answer and Affirmative Defenses as follows:

       1.     The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 1 of the Complaint.

       2.     The Defendant admits that the Debtor was an attorney licensed by the Florida Bar since 1995, however, is without knowledge or information sufficient to form a belief as to the remaining allegations contained in paragraph 2 of the Complaint.

       3.     The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 3 of the Complaint.

       4.     The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 4 of the Complaint.

1

5.      The Defendant admits the allegations contained in paragraph 5 of the Complaint.

6.      The Defendant admits the allegations contained in paragraph 6 of the Complaint.

7.      The Defendant admits the allegations contained in paragraph 7 of the Complaint.

8.      The Defendant admits the allegations contained in paragraph 8 of the Complaint.

9.      The Defendant admits the allegations contained in paragraph 9 of the Complaint.

10.     The Defendant admits the allegations contained in paragraph 10 of the Complaint.

11.     The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 11 of the Complaint.

12.     The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 12 of the Complaint.

13.     The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 13 of the Complaint.

14.     The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 14 of the Complaint.

15.     The Defendant admits the allegations contained in paragraph 15 of the Complaint.

16.     The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 16 of the Complaint.

17.     The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 17 of the Complaint.

18.     The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 18 of the Complaint.

19.     The Defendant admits the allegations contained in paragraph 19.

20.     The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 20 of the Complaint.

21.     The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 21 of the Complaint.

22.     The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 22 of the Complaint.

23.     The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 23 of the Complaint.

24.     The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 24 of the Complaint.

25.     The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 25 of the Complaint.

26.     The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 26 of the Complaint.

27.     The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 27 of the Complaint.

28.     The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 28 of the Complaint.

29.     The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 29 of the Complaint.

30.     The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 30 of the Complaint.

3

31.     The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 31 of the Complaint.

32.     The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 32 of the Complaint.

33.     The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 33 of the Complaint.

34.     The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 34 of the Complaint.

35.     The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 35 of the Complaint.

36.     The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 36 of the Complaint.

37.     The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 37 of the Complaint.

38.     The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 38 of the Complaint.

39.     The Defendant admits the allegations contained in paragraph 39 of the Complaint.

40.     The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 40 of the Complaint.

41.     The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 41 of the Complaint.

42.     The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 42 of the Complaint.

4

43.     The Defendant admits the allegations contained in paragraph 43 of the Complaint.

44.     The Defendant admits the allegations contained in paragraph 44 of the Complaint.

45.     The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 45 of the Complaint.

46.     The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 46 of the Complaint.

47.     The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 47 of the Complaint.

48.     The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 48 of the Complaint.

49.     The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 49 of the Complaint.

50.     The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 50 of the Complaint.

51.     The Defendant denies the allegations contained in paragraph 51 and demands strict proof thereof.

52.     The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 52 of the Complaint.

53.     The Defendant denies the allegations contained in paragraph 53 and demands strict proof thereof.

54.     The Defendant admits the allegations contained in paragraph 54 of the Complaint.

55.     The Defendant denies the allegations contained in paragraph 55 and demands strict proof thereof.

5

56.     The Defendant denies the allegations contained in paragraph 56 and demands strict proof thereof.

57.     The Defendant admits the allegations contained in paragraph 57 of the Complaint.

58.     The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 58 of the Complaint.

59.     The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 59 of the Complaint.

60.     The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 60 of the Complaint.

61.     The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 61 of the Complaint.

62.     The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 62 of the Complaint.

63.     The Defendant admits the allegations contained in paragraph 63 of the Complaint.

64.     The Defendant admits the allegations contained in paragraph 64 of the Complaint.

65.     The Defendant denies the allegations contained in paragraph 65 and demands strict proof thereof.

66.     The Defendant denies that she produced a "limited" number of documents but admits the remaining allegations contained in paragraph 66.

67.     The Defendant admits the allegations contained in paragraph 67 of the Complaint.

68.     The Defendant admits the allegations contained in paragraph 68 of the Complaint.

69.     The Defendant admits the allegations contained in paragraph 69 of the Complaint.

70.     The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 70 of the Complaint.

71.     The Defendant admits the allegations contained in paragraph 71 of the Complaint.

72.     The Defendant admits the allegations contained in paragraph 72 of the Complaint.

73.     The Defendant admits the allegations contained in paragraph 73 of the Complaint.

74.     The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 74 of the Complaint.

75.     The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 75 of the Complaint.

76.     The Defendant denies the allegations contained in paragraph 76 and demands strict proof thereof.

77.     The Defendant denies the allegations contained in paragraph 77 and demands strict proof thereof.

78.     The Defendant denies the allegations contained in paragraph 78 and demands strict proof thereof.

79.     The allegation contained in paragraph 79 of the Complaint are not addressed to the Defendant and therefore do not require a response.

80.     The allegation contained in paragraph 80 of the Complaint are not addressed to the Defendant and therefore do not require a response.

81.     The allegation contained in paragraph 81 of the Complaint are not addressed to the Defendant and therefore do not require a response.

82.     The allegation contained in paragraph 82 of the Complaint are not addressed to the Defendant and therefore do not require a response.

83.     The allegation contained in paragraph 83 of the Complaint are not addressed to the Defendant and therefore do not require a response.

84.     The allegation contained in paragraph 84 of the Complaint are not addressed to the Defendant and therefore do not require a response.

85.     The allegation contained in paragraph 85 of the Complaint are not addressed to the Defendant and therefore do not require a response.

86.     The allegation contained in paragraph 86 of the Complaint are not addressed to the Defendant and therefore do not require a response.

87.     The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 87 of the Complaint

88.     The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 88 of the Complaint.

89.     The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 89 of the Complaint.

90.     The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 90 of the Complaint.

91.     The Defendant denies the allegations contained in paragraph 91 and demands strict proof thereof.

92.     The Defendant admits the allegations contained in paragraph 92 of the Complaint.

93.     The Defendant denies the allegations contained in paragraph 93 and demands strict proof thereof.

94.     The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 94 of the Complaint.

8

95.     The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 95 of the Complaint.

<u>**Count I - Declaratory Judgment Pursuant to 28 U.S.C. §222.01**</u>

96.     The Defendant realleges and reincorporates his responses to the allegations contained in paragraphs 1 through 95 as if fully set forth herein.

97.     The Defendant denies the allegations contained in paragraph 97 and demands strict proof thereof.

98.     The Defendant denies the allegations contained in paragraph 98 and demands strict proof thereof.

99.     The Defendant denies the allegations contained in paragraph 99 and demands strict proof thereof.

100.    The Defendant denies the allegations contained in paragraph 100 and demands strict proof thereof.

101.    The Defendant denies the allegations contained in paragraph 101 and demands strict proof thereof.

102.    The Defendant admits the allegations contained in paragraph 102 of the Complaint.

103.    The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 103 of the Complaint.

104.    The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 104 of the Complaint.

105.    The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 105 of the Complaint.

106.    The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 106 of the Complaint.

107.    The Defendant denies the allegations contained in paragraph 107 and demands strict proof thereof.

### Count II - Alter Ego

108.    The Defendant realleges and reincorporates his responses to the allegations contained in paragraphs 1 through 95 as if fully set forth herein.

109.    The Defendant adopts and incorporates Ark Capital Group, LLC's Motion to Dismiss this Count.

### Count III - Turnover Pursuant to 11 U.S.C. §548

110.    The Defendant realleges and reincorporates his responses to the allegations contained in paragraphs 1 through 95 as if fully set forth herein.

111.    The Defendant adopts and incorporates Ark Capital Group, LLC's Motion to Dismiss this Count.

### Count IV - Constructive Trust

112.    The Defendant realleges and reincorporates his responses to the allegations contained in paragraphs 1 through 95 as if fully set forth herein.

113.    The Defendant admits that she and Sister are 100% owners of Ark Capital and denies the remaining allegations of paragraph 127, to the extent that it implies any wrongful or fraudulent conduct.

114.    The Defendant denies the allegations contained in paragraph 128 and demands strict proof thereof.

10

115.    The Defendant denies the allegations contained in paragraph 129 and demands strict proof thereof.

116.    The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 130 of the Complaint.

117.    The Defendant denies the allegations contained in paragraph 131 and demands strict proof thereof.

### Count V - Injunction and Other Equitable Relief

118.    The Defendant realleges and reincorporates his responses to the allegations contained in paragraphs 1 through 95 as if fully set forth herein.

119.    The Defendant adopts and incorporates Ark Capital Group, LLC's Motion to Dismiss this Count.

### Count VI – Civil Conspiracy to Commit Fraud

120.    The Defendant realleges and reincorporates his responses to the allegations contained in paragraphs 1 through 95 as if fully set forth herein.

121.    The Defendant denies the allegations contained in paragraph 142 and demands strict proof thereof.

122.    The Defendant denies the allegations contained in paragraph 143 and demands strict proof thereof.

123.    The Defendant denies the allegations contained in paragraph 144 and demands strict proof thereof.

124.    The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 145 of the Complaint.

125.    The Defendant denies the allegations contained in paragraph 146 and demands strict proof thereof.

## Count VII – Substantive Consolidation

126.    Count VII is not directed to the Defendant and accordingly no response is required. To the extent a response is required, the Defendant denies the allegations contained in paragraphs 148 - 154 and demands strict proof thereof.

## Count VIII – Unjust Enrichment

127.    The Defendant realleges and reincorporates her responses to the allegations contained in paragraphs 1 through 95 as if fully set forth herein.

128.    The Defendant denies the allegations contained in paragraph 156 and demands strict proof thereof.

129.    The Defendant denies the allegations contained in paragraph 157 and demands strict proof thereof.

130.    The Defendant denies the allegations contained in paragraph 158 and demands strict proof thereof.

## Count IX – Fraudulent Transfer

131.    The Defendant realleges and reincorporates her responses to the allegations contained in paragraphs 1 through 95 as if fully set forth herein.

132.    The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 160 of the Complaint

133.    The Defendant denies the allegations contained in paragraph 161 and demands strict proof thereof.

134. The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 162 of the Complaint.

135. The Defendant denies the allegations contained in paragraph 163 and demands strict proof thereof.

136. The Defendant denies the allegations contained in paragraph 164 and demands strict proof thereof.

137. The Defendant denies the allegations contained in paragraph 165 and demands strict proof thereof.

138. The Defendant denies the allegations contained in paragraph 166 and demands strict proof thereof.

139. The Defendant denies the allegations contained in paragraph 167 and demands strict proof thereof.

140. The Defendant denies the allegations contained in paragraph 168 and demands strict proof thereof.

141. The Defendant denies the allegations contained in paragraph 169 and demands strict proof thereof.

142. The Defendant denies the allegations contained in paragraph 170 and demands strict proof thereof.

### Count X – Fraudulent Transfer

143. The Defendant realleges and reincorporates his responses to the allegations contained in paragraphs 1 through 95 as if fully set forth herein.

144. The Defendant denies the allegations contained in paragraph 172 and demands strict proof thereof.

13

145.    The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 173 of the Complaint.

146.    The Defendant denies the allegations contained in paragraph 174 and demands strict proof thereof.

147.    The Defendant denies the allegations contained in paragraph 175 and demands strict proof thereof.

148.    The Defendant denies the allegations contained in paragraph 176 and demands strict proof thereof.

149.    The Defendant denies the allegations contained in paragraph 177 and demands strict proof thereof.

150.    The Defendant denies the allegations contained in paragraph 178 and demands strict proof thereof.

151.    The Defendant denies the allegations contained in paragraph 179 and demands strict proof thereof.

## Count XI – Fraudulent Transfer

152.    The Defendant realleges and reincorporates his responses to the allegations contained in paragraphs 1 through 95 as if fully set forth herein.

153.    The Defendant denies the allegations contained in paragraph 181 and demands strict proof thereof.

154.    The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 182 of the Complaint.

155.    The Defendant denies the allegations contained in paragraph 183 and demands strict proof thereof.

156.    The Defendant denies the allegations contained in paragraph 1844 and demands strict proof thereof.

157.    The Defendant denies the allegations contained in paragraph 185 and demands strict proof thereof.

158.    The Defendant denies the allegations contained in paragraph 186 and demands strict proof thereof.

159.    The Defendant denies the allegations contained in paragraph 187 and demands strict proof thereof.

160.    The Defendant denies the allegations contained in paragraph 188 and demands strict proof thereof.

### Count XII – Fraudulent Transfer

161.    The Defendant realleges and reincorporates her responses to the allegations contained in paragraphs 1 through 95 as if fully set forth herein.

162.    The Defendant denies the allegations contained in paragraph 190 and demands strict proof thereof.

163.    The Defendant denies the allegations contained in paragraph 191 and demands strict proof thereof.

164.    The Defendant denies the allegations contained in paragraph 192 and demands strict proof thereof.

165.    The Defendant denies the allegations contained in paragraph 193 and demands strict proof thereof.

166.    The Defendant denies the allegations contained in paragraph 194 and demands strict proof thereof.

167.    The Defendant denies the allegations contained in paragraph 195 and demands strict proof thereof.

168.    The Defendant denies the allegations contained in paragraph 196 and demands strict proof thereof.

## Count XIII – Fraudulent Transfer

169.    The Defendant realleges and reincorporates her responses to the allegations contained in paragraphs 1 through 95 as if fully set forth herein.

170.    The Defendant denies the allegations contained in paragraph 198 and demands strict proof thereof.

171.    The Defendant denies the allegations contained in paragraph 199 and demands strict proof thereof.

172.    The Defendant denies the allegations contained in paragraph 200 and demands strict proof thereof.

173.    The Defendant denies the allegations contained in paragraph 201 and demands strict proof thereof.

174.    The Defendant denies the allegations contained in paragraph 202 and demands strict proof thereof.

175.    The Defendant denies the allegations contained in paragraph 203 and demands strict proof thereof.

176.    The Defendant denies the allegations contained in paragraph 204 and demands strict proof thereof.

177.    The Defendant denies the allegations contained in paragraph 205 and demands strict proof thereof.

178.    The Defendant denies the allegations contained in paragraph 206 and demands strict proof thereof.

## Count XIV – Fraudulent Transfer

179.    The Defendant realleges and reincorporates his responses to the allegations contained in paragraphs 1 through 95 as if fully set forth herein.

180.    The Defendant denies the allegations contained in paragraph 208 and demands strict proof thereof.

181.    The Defendant admits the allegations contained in paragraph 209 of the Complaint.

182.    The Defendant denies the allegations contained in paragraph 210 and demands strict proof thereof.

183.    The Defendant denies the allegations contained in paragraph 211 and demands strict proof thereof.

184.    The Defendant denies the allegations contained in paragraph 212 and demands strict proof thereof.

## Affirmative Defenses

185.    As and for her first affirmative defense, the Defendant states that the Mother 726 Transfers and Mother 548 Transfers were received for value and in good faith and are therefore not avoidable by the Trustee. 11 U.S.C. § 548(c).

186.    As and for her first second affirmative defense, the Defendant states that the Mother 726 Transfers and Mother 548 Transfers were received in good faith and for a reasonably equivalent value and are therefore not avoidable by the Trustee. Florida Statute § 726.109(1).

17

187.    As and for her third affirmative defense, the Defendant states that notwithstanding the alleged voidability of the Mother 726 Transfers and Mother 548 Transfers under Florida Statutes, Defendant was a good faith transferee and is therefore entitled, to the extent of the value given the Debtor for the transfer to: (a) a lien on or a right to retain any interest in the asset transferred; (b) enforcement of any obligation incurred; or (c) a reduction in the amount of liability on the judgment.  Florida Statute § 726.109(4).

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent by U.S. Mail and/or Electronic Court Filing to all parties listed below on this 17th day of November, 2014.

I FURTHER CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualification to practice in the Court set forth in Local Rule 2090-1(A).

> FURR AND COHEN, P.A.
> Attorneys for Defendant
> One Boca Place, Suite 337W
> 2255 Glades Road
> Boca Raton, Florida  33431
> Phone:  (561) 395-0500
> Fax:  (561) 338-7532
>
> By /s/Marc P. Barmat
>    Marc P. Barmat
>    Florida Bar No. 0022365
>    E-mail:  mbarmat@furrcohen..com

## SENT VIA ECF AND/OR U.S. MAIL:

- Daniel N Gonzalez    dgonzalez@melandrussin.com,
  ltannenbaum@melandrussin.com;mrbnefs@yahoo.com

## SENT VIA EMAIL ONLY:

Amy Kodsi